# United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4032     Assigned/Issued By: j. n.

Judge Name: norgle     Designated Magistrate Judge: cox

## FEE INFORMATION

*Amount Due:*  ☑ $350.00   ☐ $39.00   ☐ $5.00
              ☐ IFP        ☐ No Fee   ☐ Other _____
              ☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350     Receipt #: 2938327

Date Payment Rec'd: 7-16-08     Fiscal Clerk: j. n.

## ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____            _____
       *(Type of Writ)*                *(Type of issuance)*

3 Original and 0 copies on 7-16-08 as to all defendants
                          *(Date)*