IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEAF FUNDING INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 4032 |
| | ) | |
| MIDWEST OPEN MRI, INC., | ) | |
| KUNDANKUMAR GIRI and | ) | |
| NIRANJANA GIRI, | ) | |
| | ) | |
| Defendants. | ) | |

### <u>JOINT MOTION TO ENTER STIPULATION REGARDING SERVICE</u>

Defendants Midwest Open MRI, Inc., Kundankumar Giri and Niranjana Giri, by their

attorneys, Jerry A. Esrig, Robert J. Zaideman and Zaideman & Esrig, P.C., and plaintiff LEAF

Funding, Inc. ("Leaf"), by its attorneys, Michael H. McColl and Foran Glennon, Palendech &

Ponzi PC move this Court to enter the accompanying Stipulation Regarding Service.  In support,

the parties state as follows:

1.      Defendants sent the Summonses and Complaint in this matter to the defendants

by certified mail return receipt requested.  These were received by the defendants on or about

July 21, 2008.

2.      The parties have a dispute over whether defendants were properly served under

Rule 4 of the  Federal Rules of Civil Procedure.

3      The parties have agreed to resolve this dispute by treating the Summonses and

Complaints mailed to the defendants as Requests for Waiver of Service under Rule 4(d)(1) and

defendants have agreed to waive service under Rule 4(d)(3).

1

4.    The Stipulation Regarding Service sets forth the parties agreement and establishes the date on which responsive pleadings are due pursuant to Rule 4.

**WHEREFORE**, defendants Midwest Open MRI, Inc., Kundankumar Giri and Niranjana Giri and plaintiff LEAF Funding, Inc. Pray that this Court enter the accompanying Stipulation Regarding Service.

/s/ Jerry A. Esrig
Zaideman & Esrig, P.C.
10 S. Riverside Plaza, Suite 1020
Chicago, IL 60606
312-207-0005
Attorney for Defendants,
Midwest Open MRI, Inc., Kundankumar
Giri and Niranjana Giri


/s/Michael H. McColl
Foran, Glennon, Palandech & Ponzi, P.C.
150 S. Wacker Drive, Suite 1100
Chicago, IL 60606
312-863-5000
Attorney for Plaintiff, LEAF Funding, Inc.