IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEAF FUNDING INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 4032 |
| | ) | |
| MIDWEST OPEN MRI, INC., | ) | |
| KUNDANKUMAR GIRI and | ) | |
| NIRANJANA GIRI, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION REGARDING SERVICE

Defendants Midwest Open MRI, Inc., Kundankumar Geri and Niranjana Geri, by their

attorneys, Jerry A. Esrig, Robert J. Zaideman and Zaideman & Esrig, P.C., and plaintiff LEAF

Funding, Inc. ("Leaf"), by its attorneys, Michael H. McColl and Foran Glennon, Palendech &

Ponzi PC hereby agree and stipulate as follows:

1.      The papers sent by plaintiffs to defendants in this matter by certified mail return

receipt requested and received by defendants on or about July 21, 2008 shall be treated as a

request for waiver of service under Federal Rule of Civil Procedure 4(d)(1).

2.      The defendants and each of them have agreed to waive service pursuant to

Federal Rule of Civil Procedure 4(d)(3).

3.      Pursuant to Federal Rule of Civil Procedure 4(d)(3), defendants responsive

pleadings to the Complaint shall be filed within 60 days of July 21, 2008.

/s/ Jerry A. Esrig
Zaideman & Esrig, P.C.
10 S. Riverside Plaza, Suite 1020
Chicago, IL 60606
312-207-0005
Attorney for Defendants,
Midwest Open MRI, Inc., Kundankumar
Giri and Niranjana Giri


/s/Michael H. McColl
Foran, Glennon, Palandech & Ponzi, P.C.
150 S. Wacker Drive, Suite 1100
Chicago, IL 60606
312-863-5000
Attorney for Plaintiff, LEAF Funding, Inc.

Jerry A. Esrig
Robert J. Zaideman
Zaideman & Esrig, P.C.
10 S. Riverside Plaza, Suite 1020
Chicago, IL 60606
312/207-0005