IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LEAF FUNDING INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 CV 4032 |
| | ) | |
| MIDWEST OPEN MRI, INC., | ) | |
| KUNDANKUMAR GIRI and | ) | |
| NIRANJANA GIRI, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: Michael H. McColl
Foran, Glennon, Palandech & Ponzi, P.C.
150 S. Wacker Drive, Suite 1100
Chicago, IL 60606

On August 29, 2008 at 10:30 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles R. Norgle in Room 2341, U.S. District Court for the Northern District of Illinois, 219 S. Dearborn, Chicago, Illinois, and shall then and there present *Joint Motion To Enter Stipulation Regarding Service* and *Stipulation Regarding Service*.

                                                                                      Respectfully submitted,

                                                                                      s/ Jerry A. Esrig
                                                                                      Zaideman & Esrig, P.C.
                                                                                      10 S. Riverside Plaza, Suite 1020
                                                                                      Chicago, IL 60606
                                                                                      312-207-0005
                                                                                      Attorney for Defendants,
                                                                                      Midwest Open MRI, Inc., Kundankumar
                                                                                      Giri and Niranjana Giri

Jerry A. Esrig
Robert J. Zaideman
Zaideman & Esrig, P.C.
10 S. Riverside Plaza, Suite 1020
Chicago, IL 60606
312/207-0005